# Order

Michigan Supreme Court
Lansing, Michigan

February 28, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

144423 & (73)

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v                                              SC:  144423
                                               COA:  294300
                                               Ottawa CC:  09-033400-FH
JOHNATHAN RICHARD SPAYDE,
          Defendant-Appellant.

_____/

     On order of the Court, the motion to supplement the application for leave to appeal is GRANTED.  The application for leave to appeal the September 29, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 28, 2014



                                       Clerk

s0224